IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ISTICK SPITAL MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARENA LIMITED SPV, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  Case No. 6:20-cv-535-JDK<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

By agreement of the parties, Plaintiff iStick Capital Management, LLC ("iStick") and Defendant Arena Limited SPV, LLC ("Arena") request entry of this Agreed Final Judgment. Docket No. 27.

The Court has considered the agreement of the Parties, the pleadings and official records on file in this case, and hereby enters Judgment as follows:

It is **ORDERED, ADJUDGED and DECREED** that iStick owns 50% of the subject overriding royalty interest in Gregg, Rusk, and Upshur counties pursuant to Section 2.20(b) of the February 23, 2017 Term Loan Agreement; it is further

**ORDERED, ADJUDGED and DECREED** that Arena owns the remaining 50% of the subject overriding royalty interest in Gregg, Rusk, and Upshur counties pursuant to Section 2.20(c) of the February 23, 2017 Term Loan Agreement; it is further

**ORDERED, ADJUDGED and DECREED** that all other relief sought by either Party is **DENIED.** All other pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **October, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE